# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Courtesy Oldsmobile, Inc.,

        Plaintiff(s),

v.

General Motors Corporation,

        Defendant(s).

                                      /

MISC. NUMBER: 05-x-72285

CASE NUMBER: 05-cv-72285

HONORABLE BERNARD A. FRIEDMAN

## ORDER TRANSFERRING CASE FROM
## MISCELLANEOUS DOCKET TO CIVIL DOCKET

In accordance with the *Guide to Judiciary Policies and Procedures*, Volume XI, Chapter V, Section I(A)(3)(j), and the Court having conducted a hearing in this matter,

IT IS HEREBY ORDERED that this case be transferred from the miscellaneous docket to the civil docket and the Clerk submit a JS-5 report. All subsequent pleadings filed in this case shall bear the civil case number in accordance with Local Rule 5.1.

IT IS FURTHER ORDERED that the statutory civil case filing fee

    [x] is waived.

    [ ] shall be paid within 10 days of this Order.

Date: June 13, 2005

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record